7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Curtis Edward Smith
*Debtor*

*Bankruptcy Case No.*
11–61692–abf7

**United States Trustee**
    Plaintiff(s)

*Adversary Case No.*
12–06062–abf

v.

**Curtis Edward Smith**
    Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Judgment by Default, is hereby entered in favor of the Plaintiff, Nancy J. Gargula, United States Trustee Revoking the Discharge of Defendant Curtis Edward Smith.

Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 1/11/13

Court to serve